UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

In Re:
RANDALL EDWARD GREGOR AND
LAURIE ANN GREGOR
     Debtors.

Case No.: BKY 18-31349-WJF
Chapter 7 Case

------------------------------------------------------------------

Nolan McNally, Crystal McNally,
Brendan McNally,

**ADV. 18-03098**

     Plaintiffs,

v.

Laurie Ann Gregor,

     Defendant.

---

# CERTIFICATE OF SERVICE
---

The undersigned hereby certifies that on December 10, 2018, I caused the following document:

**AMENDED COMPLAINT**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

- John A. Hedback, jhedback@ecf.epiqsystems.com, ladamson@hac-mnlaw.com
- US Trustee, ustpregion12.mn.ecf@usdoj.gov
- Craig Andresen, craig@andresenlaw.com

I further certify that on December 12, 2018, I mailed copies of the **Summons and Amended Complaint** to the defendant, and her attorney at their addresses below by first class mail postage prepaid:

Laurie Ann Gregor
1139 Hawthorne Circle
Shakopee, MN 55379

Joseph A. Nilan
Gregerson, Rosow, Johnson & Nilan, Ltd.
100 Washington Avenue South, Suite 1550
Minneapolis, MN 55401
*Attorney for Laurie Ann Gregor*

And, I declare, under penalty of perjury, that the foregoing is true and correct.

Dated:  January 14, 2019                    /e/ Thomas F. Miller
                                                                   Thomas F. Miller, Lic. No. 73477
                                                                   1000 Superior Blvd., Suite 303
                                                                   Wayzata, MN 55391
                                                                   Tel.: (952) 404-3896
                                                                   Fax: (952) 404-3893
                                                                   Email: Thomas@Millerlaw.com
                                                                   **Attorney for Plaintiffs**