UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

In re:

Randall Edward Gregor and
Laurie Ann Gregor,

        Debtors.

---

Nolan McNally, a minor child, by his parents,
Crystal McNally and Brendan McNally; and
Crystal McNally and Brendan McNally, individually,

        Plaintiffs,

v.

Laurie Ann Gregor,

        Defendant.

Chapter 7
Bky. Case No. 18-31349

Adv. Case No. 18-03098

---

ORDER FOR TELEPHONIC STATUS CONFERENCE

---

At St. Paul, Minnesota
January 17, 2019.

    A status conference shall be convened on **January 25, 2019 at 9:30 a.m.** in the above-captioned matter. The conference will be held **telephonically** before Judge William J. Fisher. The Court's calendar clerk will distribute telephonic instructions prior to the hearing. The status conference will be stricken if parties submit settlement papers or default papers prior to the hearing.

    Please note that if any party answers, the moving party shall make reasonable efforts to inform the answering party of the time and date of this status conference.

BY THE COURT:

/e/ William J. Fisher

---

William J. Fisher
United States Bankruptcy Judge

DATED: *January 17, 2019*

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *01/17/2019*
Lori Vosejpka, Clerk, by LO