UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

_____

In Re:

Randall Edward Gregor and
Laurie Ann Gregor

       Debtor(s).                        Bky. No. 18-31349

_____

Nolan McNally, a minor child, by his parents,
Crystal McNally and Brendan McNally; and
Crystal McNally and Brendan McNall, individually,

       Plaintiff.
v.                                      Adv. No. 18-3098

Laurie Ann Gregor,

       Defendant.

_____

## AMENDED JUDGMENT
_____

This proceeding came before the Court, and a decision or Order for judgment was duly rendered, William J. Fisher, United States Bankruptcy Judge, presiding.

    IT IS HEREBY ORDERED AND ADJUDGED:

    1. The Plaintiffs' continuation of Scott County, Minnesota civil action No. 70-CV- 18-7784, and any other related actions filed naming Laurie Ann Gregor as a defendant, does not violate the discharge injunction under bankruptcy code section 524 in Defendant's bankruptcy case.

    2. Any judgment obtained in such actions may not be enforced as a personal liability against Defendant or Defendant's property.

Dated: *January 29, 2019*                  Lori Vosejpka
                                                       United States Bankruptcy Court Clerk

                                                       By: ____Kristin Neff_____
                                                             Deputy Clerk

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 01/29/2019
Lori Vosejpka, Clerk, by KN